**LEVITT & SLAFKES, P.C.**
**76 South Orange Avenue - Suite 305**
**South Orange, New Jersey 07079**
**(973) 313-1200**
**Attorneys for Plaintiff**
**BY: Bruce H. Levitt, Esq. (BL9302)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | CHAPTER 13 |
| John T. Kemp | Case No.: 08-18700 |
| Debtor. | Adv.Pro. No.:08-2448JHW |
| John T. Kemp, | JOINT STIPULATION OF UNDISPUTED FACTS |
| Plaintiff. | |
| v. | |
| Countrywide Home Loans Inc., | |
| Defendant. | |

    Plaintiff and defendant hereby submit the following statement of stipulated facts:

    1.  On or about May 31, 2006, plaintiff executed an Interest Only Adjustable Rate Note in favor of Countrywide Home Loans, Inc.

    2.  On or about May 31, 2006, plaintiff executed a mortgage on the real property located at 1316 Kings Highway, Haddon Heights, New Jersey to Mortgage Electronic Registration Systems,

Inc., as nominee for America's Wholesale Lender.

3. On March 24, 2008 an Assignment of Mortgage dated March 14, 2007 was recorded with the Camden County Clerk, pursuant to which Mortgage Electronic Registration Systems, Inc., as nominee for America's Wholesale Lender assigned the mortgage on the real property located at 1316 Kings Highway, Haddon Heights, New Jersey to Bank of New York as Trustee for the Certificate Holders Cwabs, Inc. Asset-backed Certificates, Series 2006-8.

4. On May 9, 2008, plaintiff filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

5. On June 10, 2008, defendant Countrywide Home Loans, Inc. Servicer for Bank of New York filed a secured proof of claim in the bankruptcy case. The claim describes the secured collateral as real estate, and sets forth an amount due of $211,202.41, including arrears of $40,569.69.

| LEVITT & SLAFKES, P.C. | FRANKEL, LAMBERT, WEISS, |
| Attorneys for Plaintiff | WEISMAN & GORDON, LLP |
| | Attorneys for Defendant |

By:_____   By:_____
    Bruce H. Levitt, Esq.           Dori L. Scovish, Esq.

Dated: August 4, 2009