## ALLONGE TO PROMISSORY NOTE

Loan # 138805335

This Allonge is to be attached to and made a part of that certain Promissory Note

Dated 5/31/2006 original principal amount of: One Hundred Sixty

Seven Thousand, Two Hundred Dollars ($167,200.00) executed by JOHN T.

KEMP, AN UNMARRIED MAN,

ADDRESS: 1316 Kings Hwy., Haddon Heights, NJ 08035

In favor of COUNTRYWIDE HOME LOANS, INC.

Pay to the order of BANK OF NEW YORK, as Trustee for the Certificateholders
CWABS, Inc. Asset-backed Certificates, Series 6006-8

WITHOUT RECOURSE,

COUNTRYWIDE HOME LOANS, INC.

By [signature]

Title: VICE PRESIDENT