IN WITNESS WHEREOF, the parties hereto have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the day and year first above written.

CWABS, INC.,
as Depositor

By: *(signature)*
Name: Ruben Avilez
Title:  Vice President

COUNTRYWIDE HOME LOANS, INC.,
as a Seller

By: *(signature)*
Name: Ruben Avilez
Title:  Vice President

PARK MONACO INC.,
as a Seller

By: *(signature)*
Name: Ruben Avilez
Title:  Vice President

PARK SIENNA LLC,
as a Seller

By: *(signature)*
Name:  Ruben Avilez
Title:   Assistant Vice President

COUNTRYWIDE HOME LOANS SERVICING LP,
    as Master Servicer

By: COUNTRYWIDE GP, INC.

By: _____
    Name: Ruben Avilez
    Title: Vice President

THE BANK OF NEW YORK,
as Trustee

By: _____
    Name:
    Title:

COUNTRYWIDE HOME LOANS SERVICING LP,
    as Master Servicer

By: COUNTRYWIDE GP, INC.

By: _____
    Name:
    Title:

THE BANK OF NEW YORK,
as Trustee

By: *[signature]*
    Name: Michael Cecchio
    Title: Assistant Treasurer

THE BANK OF NEW YORK
(solely with respect to its obligations
under Section 4.01(d))

By: _____
Name:   Paul Connolly
Title:    Vice President

CWABS 2006-8

STATE OF CALIFORNIA          )
                             )  ss.:
COUNTY OF LOS ANGELES        )

      On this ____ day of June, 2006, before me, a notary public in and for said State, appeared Ruben Aviléz, personally known to me on the basis of satisfactory evidence to be a Vice President of CWABS, Inc., one of the corporations that executed the within instrument, and also known to me to be the person who executed it on behalf of such corporation and acknowledged to me that such corporation executed the within instrument.

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

                                                                                            _____
                                                                                            Notary Public

[Notarial Seal]



GLENDA J. DANIEL
Commission # 1609859
Notary Public - California
Los Angeles County
My Comm. Expires Oct 15, 2009

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

On this _16_ day of June, 2006, before me, a notary public in and for said State, appeared Michael Cerchio, personally known to me on the basis of satisfactory evidence to be a Assistant Treasurer of The Bank of New York one of the corporations that executed the within instrument, and also known to me to be the person who executed it on behalf of such corporation and acknowledged to me that such corporation executed the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____Kathryn Hall_____
Notary Public

[Notarial Seal]

KATHRYN HALL
Notary Public, State of New York
No. 01HA6119371
Qualified in New York County
Commission Expires 11/29/20__