CWABS, INC.

OFFICER'S CERTIFICATE

I, Glenda J. Daniel, hereby certify that I am a duly elected Assistant Secretary of CWABS, Inc., a Delaware corporation (the "Company"), and further certify, on behalf of the Company as follows:

1.  Attached as Exhibit A hereto is a true and correct copy of the original Pooling and Servicing Agreement in connection with the CWABS Asset-Backed Certificates Trust 2006-8, Series 2006-8 securitization, which is in full force and effect on the date hereof.

IN WITNESS WHEREOF, I have hereunto signed my name and affixed the seal of the Company.

Dated: September 22, 2009

[Seal]

CWABS, Inc.
(Company)

By: _____
Name: Glenda J. Daniel
Title: Assistant Secretary