Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

In Re:  John T. Kemp  
Debtor

Case No.: 08–18700–JHW  
Chapter 13

John T. Kemp  
Plaintiff

v.

Countrywide Home Loans  
Defendant

Adv. Proc. No. 08–02448–JHW                              Judge: Judith H. Wizmur

**Notice That a Transcript Has Been Filed**

You are Noticed that a Transcript has been filed on November 22, 2010. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty–one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty–one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 22, 2010  
JJW:

James J. Waldron  
Clerk