```
                    IN THE UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF NEW JERSEY

IN RE:                              )   Bankruptcy No. 08-18700
                                    )
                                    )
                                    )
JOHN T. KEMP,                       )
                                    )
          Debtor.                   )
------------------------------------)
                                    )
JOHN T. KEMP,                       )   Adversary No. 08-02448
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
COUNTRYWIDE HOME LOANS, INC.,       )   Camden, New Jersey
                                    )   July 27, 2009
          Defendant.                )   2:11 p.m.
                                    )
------------------------------------)


                          TRANSCRIPT OF HEARING
                  BEFORE THE HONORABLE JUDITH H. WIZMUR
                     UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For John Kemp:           BRUCE LEVITT, ESQUIRE
                         LEVITT & SLAFKES, PC
                         76 South Orange Avenue, Suite 305
                         South Orange, New Jersey, 07079

For Chase Home Loans:    PETER J. TOBER, ESQUIRE
                         SHAIN, SCHAFFER & RAFANELLO, PC
                         150 Morristown Road, Suite 105
                         Bernardsville, New Jersey, 07924

Audio Operator:          NORMA SADER

Transcribed by:          DIANA DOMAN TRANSCRIBING SERVICES
                         P.O. Box 129
                         Gibbsboro, New Jersey  08026-0129
                         Phone:   (856) 435-7172
                         Fax:     (856) 435-7124
                         E-mail:  dianadoman@comcast.net

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.
```

I N D E X

RULING BY THE COURT:                                      PAGE NUMBER

Reference: Motion to dismiss adversary proceeding

  By Judge Wizmur                                          4

Reference: Motion by Ms. Scovish

  By Judge Wizmur                                          6

```
                              Colloquy                                3

 1              THE COURT:  Kemp.
 2              MR. TOBER:  Good afternoon, Your Honor.
 3              THE COURT:  Good afternoon.
 4              MR. TOBER:  Peter Tober from the firm of Shain,
 5    Schaffer and Rafanello on behalf of Chase Home Finance.
 6              THE COURT:  Yes, I'm puzzled.  I guess you might
 7    know that there is a corresponding adversary proceeding as
 8    well --
 9              MR, TOBER:  With Countrywide?
10              THE COURT:  Yes.
11              MR, TOBER:  Yes.
12              MR, TOBER:  And that new counsel has come into the
13    case on behalf of the debtor.
14              Is there --
15              COURTROOM CLERK:  Somebody should be on Court Call,
16    Bob said.
17              THE COURT:  Oh, that answers my --
18              MR, TOBER:  I'm sorry, I didn't hear that.
19              THE COURT:  There is someone on Court Call.
20              MR, TOBER:  Okay.
21              THE COURT:  Let's -- thank you --
22              COURTROOM CLERK:  Oh, you're welcome, Judge.
23              THE COURT:  Let's see if this person represents --
24    hello?
25              OPERATOR:  Yes, this is the Court Call operator for
```

                                Ruling by the Court                           4

1    Judge Wizmur's 2:00 p.m. calendar.
2              THE COURT:  Yes, indeed.  This is Judge Wizmur
3    speaking.  Thank you.  Hello?
4              MR. LEVITT:  Good afternoon, Judge.  It's Bruce
5    Levitt.
6              THE COURT:  Good afternoon, Mr. Levitt.  Yes, we
7    have counsel for Chase here in Court.  May I have your
8    appearance?
9              MR. LEVITT:  Bruce Levitt on behalf of John Kemp,
10   the plaintiff.
11             THE COURT:  Yes, and let me understand, Mr. Levitt,
12   I know you're relatively new to the case and I do have your
13   response in the Countrywide matter, but I don't have a
14   response in the Chase matter.  Do you purport to represent the
15   debtor in the Chase matter?
16             MR. LEVITT:  Your Honor, a decision has been made --
17   a decision was made not to oppose that motion so no opposition
18   papers were filed.
19             THE COURT:  Okay.  Well, that makes it easy, doesn't
20   it.
21             MR. LEVITT:  That makes it very easy.
22             THE COURT:  Your motion is granted.  The motion to
23   dismiss the adversary proceeding is granted.
24             MR, TOBER:  Thank you, Your Honor.
25             THE COURT:  Indeed, I think that there was

1   substantive basis -- there is substantive basis for this
2   decision as well.  I think that -- I wasn't a hundred percent
3   sure about the status of this matter in State Court before the
4   filing of the bankruptcy.  There was allusion in your papers
5   to the entry of a foreclosure judgment and actually a
6   Sheriff's Sale.
7           MR, TOBER:  And there was, Your Honor.  That's
8   accurate.  I should have spelled that out more clearly in the
9   papers.  This is just an action for the deficiency on the
10  mortgage.
11          THE COURT:  Oh.  So --
12          MR. LEVITT:  Your Honor, it was my understanding and
13  I think my client was a little confused as to whether or not
14  there was a sale scheduled, but I was satisfied that there was
15  a final judgment of foreclosure in the State Court.  Under
16  Rooker-Feldman there was a lot I could do to take it much
17  further so I -- that's the reason --
18          THE COURT:  Yes, especially in that light.  So we
19  will consider the adversary proceeding dismissed.
20          MR, TOBER:  Thank you.  And just so you're -- I know
21  it's dismissed but for your staff's courtesy, it is scheduled
22  on your calendar tomorrow morning for a trial so I just
23  wanted --
24          THE COURT:  Indeed, it is not on for trial.
25          MR, TOBER:  Okay.  Thank you very much, ma'am.

Ruling by the Court                                        6

1    THE COURT:  Thank you.  Now, getting to the
2    Countrywide matter, where is counsel for the defendant in that
3    case?  Have you been in touch, Mr. Levitt?
4    MR. LEVITT:  Your Honor, prior to I guess at the
5    time the matter was adjourned, I was in touch with Ms. Scovish
6    but I have not heard another word, haven't seen any reply to
7    my opposition, and quite frankly, was a little surprised.
8    THE COURT:  As I am.  I will deny the motion, at
9    least for lack of prosecution if nothing else and I do --
10   you've raised questions about whether the holder of the note
11   has been properly laid out.  I'm not sure.  This is scheduled
12   for trial tomorrow, is it not?
13   MR. LEVITT:  I -- that, Your Honor, I didn't -- if
14   it is, I wasn't even aware of that I guess and it's my fault I
15   guess because of my late entry into the case.
16   THE COURT:  I wonder if my memory fails me on this,
17   whether there was a request for adjournment on this.
18   COURTROOM CLERK:  Bruce didn't mention it.
19   MR. LEVITT:  You know what?  I think during -- I did
20   -- the communication I had with Ms. Scovish, Your Honor, was
21   to the effect that we should adjourn the trial also because of
22   the ongoing motions and I had given her my concerns a couple
23   of weeks ago to request an adjournment from Your Honor on the
24   trial.  And again, my fault, I should have -- I didn't see any
25   copy of a request and quite frankly, didn't follow up with Ms.

1  Scovish.  But we -- she and I did discuss adjourning the
2  trial.
3             THE COURT:  Well, let me do this because I am
4  concerned about moving it.  I don't see any value in delay,
5  let me set it for a date certain.  We'll put it on for two
6  weeks from now, August 11th at 10:00 a.m.  I would appreciate
7  your communication to counsel about the date.
8             MR. LEVITT:  I'll do that immediately, Your Honor.
9             THE COURT:  And hopefully we'll be able to resolve
10 it at that time.
11            MR. LEVITT:  That's fine, Your Honor.  I appreciate
12 that.  Can I --
13            THE COURT:  All right, I thank you.
14            MR. LEVITT:  Can I report to her that this motion --
15 her motion was dismissed and we're on for trial on the 11th?
16            THE COURT:  That's exactly right.
17            MR. LEVITT:  Thank you, Your Honor.
18            THE COURT:  Thank you.
19            (Proceeding concluded, 2:16 p.m.)
20                              * * *
21
22
23
24
25

# C E R T I F I C A T I O N

     I, Diane Gallagher, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.


   /s/Diane Gallagher     November 23, 2010

DIANE GALLAGHER

DIANA DOMAN TRANSCRIBING